							Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                 ) | |
|           Plaintiff,            ) | NO. CR 21-57 RSM |
|                                 ) | |
|      v.                         ) | ORDER TO SEAL DOCUMENT |
|                                 ) | (DEFENDANT YUSEF PARRISH) |
| CURTIS SNIPES, et al.,          ) | |
|                                 ) | |
|           Defendants.           ) | |
| _____ ) | |

The court has considered the motion by defendant Yusef Parrish to seal the justification for his motion to continue the trial date in this case.

The motion is GRANTED.

Dated this __1st__ day of March, 2023.

_____
HON. RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE