Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) NO. CR 21-57 RSM |
| | ) |
| v. | ) ORDER TO CONTINUE TRIAL DATE |
| | ) (DEFENDANT YUSEF PARRISH) |
| CURTIS SNIPES, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

The court has considered the unopposed motion of defendant Yusef Parrish to continue the trial date and finds that:

a. a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. 3161(h)(7)(B)(I);

b. the additional time requested is a reasonable period of delay, as the continuance seeks to postpone the trial date for only four weeks;

c. the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. 3161(h)(7)(A);

d. the additional time requested between the current trial date of March 20, 2023 and the new trial date is necessary; and

e. that the period of delay from the date of this order to

the new trial date is excludable time pursuant to 18 U.S.C. 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to April 17 2023.

Dated this  6th  day of March, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE