The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR21-57 RSM |
| Plaintiff, | ORDER TO SEAL |
| v. | |
| YUSEF H. PARRISH | |
| Defendant. | |

Having read the Government's Motion to Seal and due to the sensitive information contained therein, it is hereby ORDERED that the Government's Sentencing Memorandum and Ex. A, shall remain sealed.

DATED this 25th day of July, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

ORDER - 1
*United States v. Parrish*, CR21-57 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970