1
2
3
4
5          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
6                    AT SEATTLE

7    UNITED STATES OF AMERICA              CASE NO. CR21-57RSM
                                           ORDER TO SEAL DOCUMENT
8                        Plaintiff,

9            v.

10   YUSEF PARRISH,

11                       Defendant.

12

13       THE COURT has received the defense Motion to Seal Defendant's sentencing memo

14   filed in this matter [Dkt #291].  The document attached at Dkt #291 is a motion to continue trial

15   and is STRICKEN AS MOOT.

16       The Court has reviewed defendant's sentencing memo filed under seal [Dkt #292].  On

17   its own motion, the Court orders that defendant's memo at Dkt #292 shall be and remain

18   SEALED.

19       DATED this 27th day of July, 2023.

20

21

22

23   RICARDO S. MARTINEZ
     UNITED STATES DISTRICT JUDGE

24

ORDER TO SEAL DOCUMENT - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER TO SEAL DOCUMENT - 2