Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CURTIS SNIPES, et al.,<br><br>    Defendants. | NO. CR 21-57 RSM<br><br>ORDER TO POSTPONE<br>DATE OF SURRENDER<br>FOR DEFENDANT YUSEF PARRISH |

The court has considered the unopposed motion by defendant Yusef Parrish to postpone the date of surrender. The motion is GRANTED.

It is hereby ordered that the date of surrender for defendant Yusef Parrish is postponed from October 3, 2023 to January 9, 2024.

Dated this __19th__ day of September, 2023.

_____
HON. RICARDO S. MARTINEZ
UNITED STATES DISTRICT COURT